**Order entered July 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00544-CV

**STEVEN B. AUBREY, BENEFICIARY OF THE AUBREY FAMILY TRUST CREATED UNDER THE WILL OF RICHARD BUCK AUBREY, DECEASED, Appellant**

**V.**

**BETSY S. AUBREY, TRUSTEE OF THE AUBREY FAMILY TRUST CREATED UNDER THE WILL OF RICHARD BUCK AUBREY, DECEASED, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11685**

## ORDER

We **GRANT** appellant's July 8, 2016 motion for an extension of time to file the reporter's record and extend the time to **JULY 29, 2016**. We **DIRECT** the Clerk of this Court to send a copy of this order to Diane Robert, Official Court Reporter for the 14th Judicial District Court, appellant, and counsel for appellee.

/s/ ELIZABETH LANG-MIERS
JUSTICE